IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Appellant,
vs.
MONIQUE NICOLE LOPEZ,
Respondent.

No. 78280

**FILED**

FEB 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER OF AFFIRMANCE*

This is an appeal from a district court order granting in part respondent's motion to suppress. Fourth Judicial District Court, Elko County; Nancy L. Porter, Judge.

Having reviewed the parties' arguments and the record on appeal, we affirm the district court order granting the motion to suppress. We decline to overrule *Rice v. State*, 113 Nev. 425, 936 P.2d 319 (1997).[1]

---

[1]To the extent appellant makes an argument that the search was proper even under *Rice*, we conclude appellant has waived that argument as appellant failed to raise it below and raised it for the first time in its reply brief. *Old Aztec Mine, Inc. v. Brown*, 97 Nev. 49, 52, 623 P.2d 981, 983 (1981) ("A point not urged in the trial court, unless it goes to the jurisdiction of that court, is deemed to have been waived and will not be considered on appeal."); *LaChance v. State*, 130 Nev. 263, 277 n.7, 321 P.3d 919, 929 n.7 (2014) (holding the NRCP does not allow litigants to raise a new issue for the first time in a reply brief.)

20-06016

The motion to suppress was properly granted under *Rice*. Accordingly, we ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Cadish

_____, J.
Silver

cc: Hon. Nancy L. Porter, District Judge
Attorney General/Carson City
Elko County District Attorney
Elko County Public Defender
Elko County Clerk